IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of: | ) |
| | ) MC 10-37-TUC-DCB |
| | ) |
| Establishment Inspection of: | ) EX PARTE ORDER |
| DESERT DIAMOND CASINO | ) |
| owned by the Tohono O'odham | ) |
| Nation. | ) |
| | ) |
| 7350 S. Nogales Highway | ) |
| Tucson, AZ 85756, | ) |

The Secretary of Labor, having filed a Request to Withdraw Ex Parte Application for Inspection Warrant Under the Occupational Safety and Health Act of 1970, and good cause appearing,

**IT IS ORDERED** the request (Doc. 6) is granted. The Ex Parte Application, Memorandum and Declaration are hereby withdrawn.

DATED this 8th day of September, 2010.

David C. Bury
United States District Judge

copy to Finneman